

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 12, 2014

Joyce W. Moore
Langley & Banack, Inc.
Trinity Plaza II
745 E. Mulberry Avenue, Suite 900
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Gerald T. Drought
Martin & Drought, P.C.
Bank of America Plaza, 25th
Floor Suite 2500
300 Convent Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00110-CV
       Trial Court Case Number:    12-10-0573-CVW
       Style:   Mary Moczygemba
                 v.
       Thomas J. Moczygemba and Harry Lee Moczygemba

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: Christopher T. Hodge (DELIVERED VIA E-MAIL)
Richey Gentry (DELIVERED VIA E-MAIL)
Deborah Bryan (DELIVERED VIA E-MAIL)
Robinson C. Ramsey (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-14-00110-CV

Mary **MOCZYGEMBA,**
Appellant

v.

Thomas J. **MOCZYGEMBA** and Harry Lee Moczygemba,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0573-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On March 6, 2014, attorney Jonathan Yedor filed a motion to withdraw and to substitute attorneys Joyce W. Moore, Christopher T. Hodge, and Robinson C. Ramsey as attorneys for Appellee Thomas J. Moczygemba. The motion was signed by Appellee, *see* TEX. R. APP. P. 6.5(b), and meets the other motion requirements, *see id.* R. 6.5(d).

The motion for substitution is GRANTED. *See id.*

We DIRECT the clerk of this court to update this court's records to show Appellee's new attorneys in this appeal, and designate Joyce W. Moore as Appellee's lead counsel.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court